# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jabbar Hutchins

Cr.: 18-00115-001
PACTS #: 1863941

Name of Sentencing Judicial Officer:    THE HONORABLE JUDGE JOHN MICHAEL VAZQUEZ

Date of Original Sentence: 07/25/2016

Original Offense:    Count 1: Distribution of Heroin, 21:841(a)

Original Sentence: 16 months imprisonment, 36 months supervised release

Special Conditions: Mental Health Treatment, Drug Treatment, Substance Abuse Testing, Search/Seizure

Type of Supervision: Supervised Release                    Date Supervision Commenced: 06/01/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | On August 8, 2018, the offender submitted a urine sample which was positive for oxymorphone. |

U.S. Probation Officer Action:
On February 21, 2018, Hutchins submitted a urine sample which was positive for oxycodone. He was referred for out-patient drug treatment at Integrity House. While he has been compliant with the program, he ultimately tested positive again on August 8, 2018. Hutchin's treatment has increased to intensive out-patient treatment. The probation office will continue to monitor the offender's treatment and progress and will notify the Court of any future non-compliance. Please allow this letter to serve as a formal written reprimand for the positive drug screen.

Respectfully submitted,

By:  Shannan P. Pereira
     U.S. Probation Officer
Date:  10/01/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
10/1/18
Date