PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jabbar Hutchins                                Cr.: 18-00115-001
                                                                 PACTS #: 1863941

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/25/2016

Original Offense:   Distribution of Heroin, 21:841(a)

Original Sentence: 16 months imprisonment, 36 months supervised release

Special Conditions: Mental Health Treatment, Drug Treatment, Substance Abuse Testing, Search/Seizure,

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/01/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**
  | On October 16, 2018, Hutchins was arrested by the Newark Police Department and charged with Obstruction and Resisting arrest. The offender was pulled over for failure to stop or yield to a stop sign and was arrested when he failed to cooperate with the officer's instructions to provide his identification/documentation and step out of his vehicle.

U.S. Probation Officer Action:
The probation office will monitor the above charges and if convicted a violation of probation will be submitted to the Court. The probation office will continue to monitor the offender and will notify the Court of any future non-compliance. Please allow this letter to serve as a formal written reprimand.

                                            Respectfully submitted,

                                            By: Shannan P. Pereira
                                                U.S. Probation Officer
                                            Date: 11/01/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/2/18
_____
Date