PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

**Name of Offender:** Jabbar Hutchins  **Docket Number:** 18-00115-001
**PACTS Number:** 1863941

**Name of Reassigned Judicial Officer:**   THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

**Name of Sentencing Judicial Officer:**  THE HONORABLE CHRISTINA REISS (D/VT)
UNITED STATES DISTRICT JUDGE

**Transfer of Jurisdiction Accepted:** 03/18/2018

**Date of Original Sentence:** 07/25/2016

**Original Offense:**    21 U.S.C. § 841(a), (b) (1) (C); Distribution of Heroin

**Original Sentence:** 16 months imprisonment, 36 months supervised release

**Special Conditions:** Mental Health Treatment, Substance Abuse Treatment/Testing

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 06/01/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the special supervision condition which states **'You must submit to the Location Monitoring Program as noted below for a period of 3 months:**

**You must submit to <u>Home Detention</u> and comply with the program requirements as directed by the U.S. Probation Office. You will be restricted to your residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, court-ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. The location monitoring technology is at the discretion of the U.S. Probation Office. The cost of the monitoring is waived.'**

On May 10, 2020, Mr. Hutchins left his residence between 4:30pm and 5:21pm and at 5:22pm without the permission of the undersigned and the location monitoring specialist. Upon questioning, Hutchins admitted he left without permission because he needed to find an alternate way to his employment site, which involved retrieving the family car from his mother's employment site.

Prob 12A – page 2
Jabbar Hutchins

He apologized for not seeking permission prior to leaving the residence and reports this will not happen in the future.

U.S. Probation Officer Action:
Hutchins was given a verbal reprimand and will be subject to more restrictive monitoring procedures. At this time no formal court action is requested.

Respectfully submitted,
*Julie Chowdhury/nm*
By: Julie Chowdhury
U.S. Probation Officer
Date: 05/12/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

5/12/2020
Date